UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL ISCENKO,

                                                 Plaintiff,

       -against-

THE CITY OF NEW YORK and NELDRA ZEIGLER,

                                                 Defendants.

------------------------------------------------------------------------ x

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

16 Civ. 6535 (LGS)

       **PLEASE TAKE NOTICE** that, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint, dated December 30, 2016, the Declaration of Michael Nacchio, dated December 30, 2016**,** and the exhibit annexed thereto, and upon all the papers and proceedings previously had herein, defendants will move this Court before the Honorable Lorna Schofield, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, 40 Foley Street, New York, New York, 10007, at a date and time convenient to, and set by, the Court, for a judgment, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the amended complaint on the grounds that the amended complaint fails to state a claim upon which relief can be granted, entering judgment for defendants and granting defendants costs, fees, and expenses, together with such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, in the event that this motion to dismiss is denied, in whole or

in part, defendants reserve their right to answer and respectfully request 30 days from docketing of the order in which to answer the amended complaint.

Date:    New York, New York
         December 30, 2016

                                      **ZACHARY W. CARTER**
                                      Corporation Counsel of the
                                          City of New York
                                      Attorney for Defendants
                                      100 Church Street, Rom 2-146
                                      New York, New York 10007-2601
                                      (212) 356-0839
                                      mnacchio@law.nyc.gov


                        By:      */s/ Michael Nacchio*
                                         Michael Nacchio
                                      Assistant Corporation Counsel

To:    Famighetti & Weinick, PLLC
       Attorneys for Plaintiff
       (By ECF)

16 Civ. 6535 (LGS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ISCENKO,

                              Plaintiff,

-against-

THE CITY OF NEW YORK and NELDRA ZEIGLER,

                              Defendants.

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

# ZACHARY W. CARTER

*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-146
New York, New York  10007-2601

Of Counsel:  Michael Nacchio
Telephone:  (212) 356-0839

Matter No.: 2016-032528

*Due and timely service is hereby admitted.*

*Dated: New York, N.Y.............................................201*__

*Signed...............................................................................*

*Attorney for .......................................................................*